United States District Court
Southern District of Texas
**ENTERED**
September 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL JOYCE, Individually and For Others Similarly Situated<br><br>v.<br><br>ABSOLUTE CONSULTING, INC. | Case No. 3:20-cv-00269 |

### ORDER GRANTING APPROVAL OF SETTLEMENT

Before the Court is the Parties' Agreed Motion for Approval of Confidential Settlement and Dismissal of Claims with Prejudice by Named Plaintiff, Michael Joyce, on behalf of himself and all others similarly situated, and Defendant Absolute Consulting, LLC. The Court has considered the Settlement Agreement and its exhibit, including the Notice Materials, and the submissions of Counsel, and hereby finds and orders as follows:

1. The Court finds that the settlement memorialized in the Settlement Agreement, and filed with the Court falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court grants approval of the Parties' Settlement Agreement.

3. The Court approves the full and final extinguishment of the Released Claims of the Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (FLSA).

4. The Court appoints, for settlement purposes only, Josephson Dunlap, LLP and Bruckner Burch, PLLC, as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

5. The Notice to be provided as set forth in the Settlement Agreement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative and provides the Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

6. The Notice of Settlement of the Lawsuit, attached to the Settlement Agreement as Exhibit A, is approved. Notice is authorized to the Class Members as provided in the Settlement Agreement.

7. The Court further dismisses this lawsuit brought herein, by Plaintiff on behalf of himself and all others similarly situated, with prejudice.

IT IS SO ORDERED.

Dated: __September 8__, 2020

_____
United States Magistrate Judge